AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.

FILED
OF GEORGIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

W. YVONNE EVANS
CLERK

NOV 03 2008

DEPUTY CLERK

Robert Fowler
**NAME OF DEBTOR(S)**

3305 Bagley Passage
**ADDRESS**

Duluth ga 30097
**CITY, STATE, ZIP**

CASE NO. 08-82414

TELEPHONE NO. 678-584-5903

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:**   YES ( )   NO (✓)

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____                    _____
CITY, STATE, ZIP CODE                                        TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:**   YES ( )   NO (✓)   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
**ANSWER:**   YES ( )   NO (✓)

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_Robert Fowler_
**PRO SE PETITIONER**

Subscribed and sworn to before me on the 3 day of November 2008

_____                    _Yahaira Lugo_
**NOTARY PUBLIC**                                                **DEPUTY CLERK**

F61 (psafdt) 12/02